# United States Bankruptcy Court
## District of Nevada

Case No. <u>08–16136–mkn</u>
**Chapter 13**

In re: (Name of Debtor)
    ALEXANDER T. LABORADA
    7551 FOOLISH PLEASURE DR.
    LAS VEGAS, NV 89113

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the debtor(s) named below:

☑    ALEXANDER T. LABORADA

having been Dismissed by Court Order,

**IT IS HEREBY ORDERED THAT:**

        KATHLEEN A. LEAVITT

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 5/27/11        BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court